## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 19-00646 | Trustee Name: | Gene T. Chambers |
|---|---|---|---|
| Case Name: | REMNANT, TERRI LEE | Date Filed (f) or Converted (c): | 01/30/2019 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 03/08/2019 |
| | | Claims Bar Date: | 07/05/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   HOMESTEAD - 26323 NEWCOMBE CIRCLE | $67,500.00 | $0.00 | | $0.00 | FA |
| 2   2013 DODGE DART (VIN: 1C3CDFCA3DD104672 ) | $6,837.50 | $3,000.00 | | $3,000.00 | FA |
| **Asset Notes:**   DEBTOR BUYBACK OF NON-EXEMPT EQUITY (TERMS: CASH). NOTICE OF SALE FILED 04/03/19. | | | | | |
| 3   HOUSEHOLD GOODS | $400.00 | $0.00 | | $0.00 | FA |
| 4   ELECTRONICS | $50.00 | $0.00 | | $0.00 | FA |
| 5   FAMILY PHOTOS | $1.00 | $0.00 | | $0.00 | FA |
| 6   CLOTHES | $100.00 | $0.00 | | $0.00 | FA |
| 7   COSTUME JEWELRY | $4.00 | $0.00 | | $0.00 | FA |
| 8   CPAP MACHINE & CRUTCHES | $5.00 | $0.00 | | $0.00 | FA |
| 9   CHECKING ACCOUNT - SUNTRUST | $432.85 | $0.00 | | $0.00 | FA |
| 10  CHECKING ACCOUNT - PNC BANK | $0.00 | $0.00 | | $0.00 | FA |
| 11  401k EMPOWER RETIREMENT ACCOUNT - HOWARD FERTILIZER & CHEMICAL COMPANY, INC. | $13,800.62 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                    **Gross Value of Remaining Assets**

| | $89,130.97 | $3,000.00 | | $3,000.00 | $0.00 |

| Initial Projected Date Of Final Report (TFR): | 07/31/2019 | Current Projected Date Of Final Report (TFR): | 07/31/2019 | /s/ GENE T. CHAMBERS |
|---|---|---|---|---|
| | | | | GENE T. CHAMBERS |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | |
|---|---|---|
| **Case No.** 19-00646 | **Trustee Name:** | Gene T. Chambers |
| **Case Name:** REMNANT, TERRI LEE | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***8344 | **Checking Acct #:** | ******4601 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 07/01/2018 | **Blanket bond (per case limit):** | $32,583,498.00 |
| **For Period Ending:** 06/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2019 | (2) | REMNANT | BUYBACK | 1129-000 | $3,000.00 | | $3,000.00 |
| | | | **TOTALS:** | | $3,000.00 | $0.00 | $3,000.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $3,000.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.00 | $0.00 | |

**For the period of 07/01/2018 to 06/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $3,000.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 04/02/2019 to 6/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $3,000.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| **Case No.** 19-00646 | **Trustee Name:** | Gene T. Chambers |
| **Case Name:** REMNANT, TERRI LEE | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***8344 | **Checking Acct #:** | ******4601 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 07/01/2018 | **Blanket bond (per case limit):** | $32,583,498.00 |
| **For Period Ending:** 06/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,000.00 | $0.00 | $3,000.00 |

**For the period of 07/01/2018 to 06/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $3,000.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 04/02/2019 to 6/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $3,000.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

/s/ GENE T. CHAMBERS

GENE T. CHAMBERS